# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date:  July 6, 2026

| | |
|---|---|
| JOSE EVER BUESO ENAMORADO,   ) | |
|               ) | |
|      Petitioner,    ) | |
|               ) | |
| v.                  ) | Case No. CIV-26-00901-JD |
|               ) | |
| MARKWAYNE MULLIN, et al.,   ) | |
|               ) | |
|      Respondents.   ) | |

## <u>ENTER ORDER:</u>

Upon review of Respondents' Response to the Court's Show Cause Order [Doc. No. 13], and the public record,[1] the Court notes that Petitioner in this case has been granted voluntary departure as of July 1, 2026, and that the parties waived their rights to appellate review of the order of voluntary departure.[2] Given this development, the Court orders the parties to confer through counsel and to file a joint status report, **by Monday, July 13, 2026, at 4:00 p.m. Central Time**, with the parties' respective positions on whether this action is now moot and may be dismissed without prejudice. The report shall not exceed **five pages**.[3]

---

[1] *See* Executive Office of Immigration Review, Automated Case Information System, https://acis.eoir.justice.gov/en/caseInformation (last accessed July 5, 2026); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . .").

[2] *See* [Doc. No. 13-1 at 3, 5].

[3] The Court previously indicated it was abating adjudication of this case pending a decision in *Quiroz v. Mullin*, No. 26-6019 (10th Cir.). *See* [Doc. No. 10]. However, the Court also noted that the parties shall promptly advise the Court if there is a status update that might affect disposition, which Respondents have done through their Response. *See* [Doc. No. 13]. In further accordance with that instruction, the Court now orders the parties to update the Court on whether the voluntary departure renders this action moot.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK


By:　*/s/ Carol Ditta*
　　　　　Deputy Clerk

2